### Cook, impleaded, &c. *ads.* Morrison and others.

*An original writ must have fifteen days between teste and return, and be made returnable on a general return day; the statute relative to writs and process not having made any alteration in the practice in those particulars.*

Motion to set aside an original writ in replevin for irregularity, on the ground that there are not 15 days between the teste and return of the writ; and that it is not made returnable on a *general* return day.

*Baldwin & Strong*, for defendants.

*J. A. Spencer*, for plaintiffs.

*By the Court*, Woodworth, J. It was urged by the plaintiffs' counsel, that the statute, (*Statutes*, 3d. vol. ch. 38, *passed 17th February*, 1815,) authorizing the issuing of original writs out of the courts where they are made returnable, instead of out of chancery, has changed the practice in reference to the teste and return. This is not so; the statute expressly declaring, that though the writ may issue out of and under the seal of the court in which it is returnable, and be tested in the name of the chief justice, first or senior judge of such court, *in other respects the forms then in use shall be observed.* The writ, therefore, is manifestly defective in not having 15 days between its teste and return, and in not being returnable on a *general* return day. The motion is granted, with costs; the plaintiff, however, has leave to amend.